CONFESSION OF ERROR
 

 PER CURIAM.
 

 The father, J.L., appeals the trial court’s order adjudicating his minor child, M.L., dependent, insofar as the findings of fact referencing him as an offending parent are unsupported by the evidence adduced at
 
 *722
 
 trial. Upon consideration of the Department of Children and Family Services’ confession of error in this regard, we hereby reverse the order on appeal, to the extent the findings of dependency pertain to J.L., and remand for further proceedings consistent with this opinion. This Court further notes the Guardian Ad Li-tem’s adoption of the Department’s confession of error, and withdrawal of its answer brief in this matter.
 

 Reversed and remanded.